UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MACDOWELL BOONE, ESQ. | CIVIL ACTION |
| VERSUS | NO. 14-2254 |
| ROBERT D. LESSER, M.D. | SECTION "E"(2) |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2).

New Orleans, Louisiana this 30th day of December, 2014.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE